UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SERVICE-UNIVERSAL DISTRIBUTORS,
INC.; *et al*.

                      Plaintiffs,

            07 CIV. 3389 (RWS)
            **ECF CASE**

      -against-

M/V SYDNEY EXPRESS, M/V DRESDEN
EXPRESS, their engines, tackles, boilers, etc.;
CP SHIPS (UK) LIMITED; CP SHIPS; *et al*.

           **RULE 7.1**
           **DISCLOSURE STATEMENT**

                    Defendants.
-----------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock:

    The Charmer Sunbelt Group;
    Vigilant Insurance Company is a wholly owned subsidiary of Federal Insurance Company which, in turn, is a wholly owned subsidiary of The Chubb Corporation, a publicly traded company on the New York Stock Exchange.

Date:  New York, New York
         April 27, 2007                 *s/David L. Mazaroli*
                                             _____
                                             David L. Mazaroli (DM 3929)
                                             Attorney for Plaintiffs
                                             11 Park Place - Suite 1214
                                             New York, New York 10007
                                             Tel.: (212)267-8480
                                             Fax.: (212)732-7352
                                             E-mail: dlm@mazarolilaw.com
                                             File No.: 7C-1490