8983 /SHV

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for CP Ships (UK) Limited, Hapag Lloyd Container Line
Hapag Lloyd America, Inc., CPS Number 1
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERVICE-UNIVERSAL DISTRIBUTORS; INC., SERVICE LIQUOR DISTRIBUTORS, UNIVERSAL LIQUOR DISTSRIBUTORS, and their cargo insurers;<br><br>      Plaintiffs,<br><br>  - against -<br><br>M/V SYDNEY EXPRESS, M/V DRESDEN EXPRESS, their engines, tackles, boilers, etc.; CP SHIPS (UK) LIMITED; CP SHIPS; HAPAG LLOYD CONTAINER INE; HAPAG LLOYD AMERICA, INC.; CPS NUMBER 1;<br><br>      Defendants. | ECF CASE<br><br>07 CV 3389 (Judge Sweet)<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to the provisions of Fed. R. Civ. P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants CP Ships (UK) Limited, Hapal Lloyd Container Line, Hapag Lloyd America, Inc., and CPS Number 1 certifies upon information and belief that Defendants CP Ships (UK) Limited, Hapal Lloyd Container Line, Hapag Lloyd America, Inc., and CPS Number 1 have no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
      August 14, 2007

                    Respectfully submitted,

                    CICHANOWICZ, CALLAN, KEANE,
                    VENGROW & TEXTOR, LLP
                    Attorneys for CP Ships (UK) Limited
                    Hapag Lloyd Container Line, Hapag Lloyd America, Inc.
                    CPS Number 1

                    By:  s / Stephen H. Vengrow
                          Stephen H. Vengrow (SHV/3479)
                    61 Broadway, Suite 3000
                    New York, New York 10006
                    (212) 344-7042