UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Service-Universal

-v.-                                               07 Civ. 3389 (RWS)

M/V Sydney Express
------------------------------------------------------------X

Please be advised that the conference scheduled

for __Nov 7, 07__ has been rescheduled to

__Nov 28, 07__ at __4:30pm__ in Courtroom 18C

Please notify opposing counsel of the change.


SO ORDERED.

Dated: New York, New York
       11/5/07

_____
ROBERT W. SWEET
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/07